United States Court of Appeals
 For The District of Columbia Circuit
 
 
 
No. 97-1440 September Term, 2001

 Filed On: March 27, 2002 [667562]
American Trucking Associations, Inc., et al.,
 Petitioners

 v.

Environmental Protection Agency,
 Respondent

__________________________________________
Commonwealth of Massachusetts, et al.,
 Intervenors

__________________________________________
Consolidated with 97-1546, 97-1548, 97-1551,
97-1552, 97-1553, 97-1555, 97-1559, 97-1561,
97-1562, 97-1565, 97-1567, 97-1571, 97-1573,
97-1574, 97-1576, 97-1578, 97-1579, 97-1582,
97-1585, 97-1586, 97-1587, 97-1588, 97-1592,
97-1594, 97-1596, 97-1597, 97-1598

No. 97-1441 

 
American Trucking Associations, Inc., et al.,
 Petitioners

 v.

Environmental Protection Agency,
 Respondent

__________________________________________
Commonwealth of Massachusetts, et al.,
 Intervenors

__________________________________________
Consolidated with 97-1502, 97-1505, 97-1508, 
97-1509, 97-1510, 97-1512, 97-1513, 97-1514, 
97-1518, 97-1519, 97-1526, 97-1531, 97-1539, 
97-1566, 97-1568, 97-1570, 97-1572, 97-1575, 
97-1584, 97-1589, 97-1591, 97-1595, 97-1619

 BEFORE: Ginsburg, Chief Judge; Tatel, Circuit Judge; and Williams, Senior 
 Circuit Judge

 O R D E R

 It is ORDERED that the court's opinion filed on March 26, 2001 be amended as
follows:

 The date decided should be amended to reflect March 26, 2002 not March 26,
 2001.

 Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:
Michael C. McGrail
Deputy Clerk